IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 05-C-0491-C |
| RENEE M. NINNEMAN, | ) ) | |
| Defendant. | ) ) ) | |

## ORDER GRANTING MOTION TO COMPEL ANSWERS TO INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS

Upon consideration of the motion of the United States and pursuant to Rule 37(a) of the Federal Rules of Civil Procedure,

IT IS HEREBY ORDERED that the defendant Renee M. Ninneman serve on the plaintiff answers to the plaintiff's written interrogatories and request for production of documents on or before November 19, 2008.

Dated this ____6ᵗʰ____ day of ____OCTOBER____, 2008.

BY THE COURT:

_____

STEPHEN L. CROCKER
United States Magistrate Judge